PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., dissents.

MOSER, Appellant, v. BLACK RIVER TRACTION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Caroline B. F. Moser against the Black River Traction Company. No opinion. Judgment and order affirmed, with costs.

MOSES, Respondent, v. ADAMS, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Raphael J. Moses against Albert J. Adams. M. Kellogg, for appellant. H. M. J. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MOSES, Appellant, v. THOMAS, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Raphael J. Moses against William M. Thomas. No opinion. Order affirmed, with $10 costs and disbursements.

MOSES, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Raphael J. Moses against William M. Thomas. M. Kellogg, for appellant. H. M. J. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MOULTON, Respondent, v. CORNISH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Emily A. Moulton against Nehemiah N. Cornish and others.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellants shall, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41, and pay to the attorneys for the respondents $10 costs of these motions, as upon one motion, in which event said motion is denied.

MOYNIHAN, Appellant, v. HUDSON VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Patrick T. Moynihan against the Hudson Valley Railroad Company. No opinion. Judgment affirmed, with costs.

M. PEREZ CO., Appellant, v. APFEL et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Appeal from Special Term, New York County. Action by the M. Perez Company against Nathan Apfel and another. From an order denying a motion for the appointment of a receiver, plaintiff appeals. Conditionally affirmed. J. J. Cunningham, for appellant. R. M. Newman, for respondents.

PER CURIAM. Upon condition that the defendant give an undertaking, with two sureties, to pay any judgment that the plaintiff may recover against him, the order appealed from, denying a motion for the appointment of a receiver and for an injunction, should be affirmed, without costs. If he should refuse or neglect, within 10 days after service of a copy of the order to be entered hereon, to give such undertaking, the order appealed from will be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

MURPHY v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by George C. Murphy against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

MURRAY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by James Murray against the Interurban Street Railway Company. B. H. Ames, for appellant. L. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

MURTAUGH, Respondent, v. HEALY, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Catharine Murtaugh against Mary Healy, as administratrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

MUSCATINE MORTGAGE & TRUST CO., Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the Muscatine Mortgage & Trust Company against W. Irving Scott, individually, etc. L. H. Naylor, for appellant. E. K. Summerwell, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to answer over, on payment of costs in this court and in the court below.

NACHOD et al., Respondents, v. PERRY KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Friedrich Nachod and others against the Perry Knitting Company. No opinion. Order affirmed, with $10 costs and disbursements.

NEIDLINGER, Respondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by George H. Neidlinger against the Onward Construction Company. No opinion. Judgment and order granting extra allowance affirmed, with costs upon the opinion of Herrick, J., at Special Term. 90 N. Y. Supp. 115.

NEIDLINGER, Respondent, v. STOKES, Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by George H. Neidlinger against William E. D. Stokes, tried by agreement with the case